43713.     UNITED BONDING INSURANCE COMPANY
v. WILLIS.

QUILLIAN, Judge.  This is a companion case to *Nugent v. Willis,*
118 Ga. App. 335, and is controlled by the ruling therein
made.

*Appeal dismissed.  Bell, P. J., and Hall, J., concur.*

ARGUED JUNE 4, 1968—DECIDED SEPTEMBER 9, 1968.

*Doremus & Karsman, Ogden Doremus, Swift, Currie, McGhee
& Hiers, Albert E. Phillips,* for appellant.

*Usher & Haupt, Reginald C. Haupt, Jr.,* for appellee.